[No. 14056-3-III.   Division Three.   October 12, 1995.]

*In the Matter of the Marriage of* EUGENE B. PATTERSON, *Appellant, and* SUSAN K. PATTERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-3-00402-0, Richard J. Schroeder, J., entered May 4, 1994. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14058-0-III.   Division Three.   October 12, 1995.]

HEATHER BAILEY, ET AL., *Appellants,* v. THE DEPARTMENT OF ECOLOGY, *Respondent.*

Appeal from a judgment of the Superior Court for Adams County, No. 93-2-00145-6, Richard W. Miller, J., entered April 25, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 14071-7-III.   Division Three.   October 12, 1995.]

LARRY J. CARPENTER, *Appellant,* v. EDUCATIONAL SERVICE DISTRICT No. 101, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-00922-9, Richard J. Schroeder, J., entered May 12, 1994. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 32002-5-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-03403-1, Deborah Fleck, J., entered December 22, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.